IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-350-BR

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) SHEILA FAIRCLOTH, ) ) Defendant. ) | **ENTRY OF DEFAULT** |

On December 18, 2012, Metropolitan Life Insurance Company ("plaintiff") filed this action against Sheila Faircloth ("defendant") [D.E. 1]. According to plaintiff's affidavit in support of its motion for entry of default, defendant was served with summons and the complaint on February 28, 2013 [D.E. 7-1]. On May 2, 2013, plaintiff moved for entry of default [D.E. 7].

Defendant has not filed an answer or response to plaintiff's complaint, and the time within which defendant may do so has expired. See Fed. R. Civ. P. 12(a)(1)(A). Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default against a party who "has failed to plead or otherwise defend." It appears that defendant is subject to default. Accordingly, plaintiff's motion for entry of default against defendant Sheila Faircloth is GRANTED [D.E. 7].

SO ORDERED. This 3rd day of June 2013.

_____
Julie A. Richards, Clerk of Court