UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Metropolitan Life Insurance Company, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Sheila Faircloth, )<br>)<br>)<br>Defendant. )<br>) | **JUDGMENT**<br><br>No. 7:12-CV-350-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt on plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion for default judgement is ALLOWED and that plaintiff Metropolitan Life Insurance Company have and recover of defendant Sheila Faircloth the amount of $102,700.19. The Clerk is DIRECTED to close this case.

**This judgment filed and entered on July 31, 2013, and served on:**

Benjamin L. Worley (Via CM/ECF Notice of Electronic Filing)

July 31, 2013                                  /s/ Julie A. Richards,
                                                              Clerk of Court